United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-21233-ref
Heriberto DeJesus                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 2                  Date Rcvd: Apr 12, 2018
                              Form ID: 138NEW        Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2018.
```
db            +Heriberto DeJesus,    319 N. 13th Street,    Reading, PA 19604-2920
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,   3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr            +First Tennessee Bank, N.A.,    c/o Lauren B. Karl, Esquire,    355 Fifth Avenue, Suite 400,
               Pittsburgh, PA 15222-2407
12921677     ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: Ameri Credit,     P.O. Box 78143,    Phoenix, AZ 85062)
12921673     +Acct Recov,    555 Van Reed Rd,    Wyomissing, PA 19610-1756
12921676     +Akron Billing Center,    2620 ridgewood Road, STE 300,    Akron, OH 44313-3500
13084047     +Berks County Tax Claim Bureau,    815 Washington Street,    Reading, PA 19601-3615
12921678      Berks County Tax Claim Bureau,    Berks County Courthouse,    Reading, PA 19601
12983017     +Berks County Tax Claim Bureau,    Government Service Center,    633 Court Street, 2nd Floor,
               Reading, PA 19601-3552
13084048     +City of REading,    C/o Portnott Law Associates,    PO BOX 3020,    Norristown, PA 19404-3020
13002028     +City of Reading,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
               Norristown, PA 19404-3020
12921679     +Eastern Account System,    Po Box 837,    Newtown, CT 06470-0837
12937235     +First Tennessee Bank, N.A.,    c/o Lauren Berschler Karl, Esq.,    355 Fifth Avenue, Suite 400,
               Pittsburgh, PA 15222-2407
14034723      First Tennessee Bank, National Association,    c/o KML LAW GROUP, P.C.,
               701 Market St. Suite 5000,   Philadelphia, PA 19106-1541
12921680     +Fst Tn Bk Mp,    Po Box 1469,    Knoxville, TN 37901-1469
12921681     +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
12921682     +Lauren Berschler Karl, Esq,    355 Fifth Avenue, Ste 400,    Pittsburgh, PA 15222-2407
13084408     +Mendelsohn and Mendelsohn, P.C.,    637 Walnut Street,    Reading,PA 19601-3524
12921687     +Portnoff Law Associates, Ltd.,    POBOX 540,    Wynnewood, PA 19096-0540
12921688     +Reading Hospital and Medical Center,    PO BOX 16051,    Reading, PA 19612-6051
12929646      Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
12921690     +St. Joseph Medical Center,    PO BOX 7777W-2430,    Philadelphia, PA 19175-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 13 2018 01:35:26
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 13 2018 01:35:41      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 13 2018 01:39:04
               PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
12921674     +E-mail/Text: EBNProcessing@afni.com Apr 13 2018 01:35:36      Afni, Inc.,    Attn: Bankruptcy,
               Po Box 3097,    Bloomington, IL 61702-3097
12939576      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 13 2018 01:44:29
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK  73126-8941
12921683     +E-mail/Text: bankruptcydpt@mcmcg.com Apr 13 2018 01:35:32      Midland Funding,    8875 Aero Dr,
               San Diego, CA 92123-2255
12921685     +E-mail/Text: Bankruptcies@nragroup.com Apr 13 2018 01:36:01      National Recovery Agen,
               2491 Paxton St,    Harrisburg, PA 17111-1036
14024527      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 13 2018 01:39:04
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
12921689      E-mail/Text: cop@santander.us Apr 13 2018 01:35:14      Sovereign Bank,    PO BOX 16255,
               Reading, PA 19612-6255
                                                                                              TOTAL: 9
```

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*          ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: AmeriCredit Financial Services, Inc.,     PO Box 183853,
               Arlington, TX  76096)
cr*          +City of Reading,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
               Norristown, PA 19404-3020
12929324*    ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: Americredit Financial Services, Inc.,     PO Box 183853,
               Arlington TX 76096)
12921675*    +Afni, Inc.,    Attn: Bankruptcy,    Po Box 3097,    Bloomington, IL 61702-3097
12921684*    +Midland Funding,    8875 Aero Dr,    San Diego, CA 92123-2255
12970057*     Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
```

```
District/off: 0313-4          User: dlv                 Page 2 of 2                  Date Rcvd: Apr 12, 2018
                              Form ID: 138NEW           Total Noticed: 35

13002932     ##+City of Reading,   c/o James R. Wood, Esq.,   Portnoff Law Associates, Ltd.,
               1000 Sandy Hill Road, Suite 150,    Norristown, PA 19401-4181
12921686     ##+PFS Group,   7670 Woodway Drive STE 250,   Houston, TX 77063-1519
                                                                                         TOTALS: 0, * 6, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2018 at the address(es) listed below:
```
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Heriberto  DeJesus tobykmendelsohn@comcast.net
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    City of Reading jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor    First Tennessee Bank, National Association
               bkgroup@kmllawgroup.com
              LAUREN BERSCHLER KARL    on behalf of Creditor    First Tennessee Bank, N.A. lkarl@kmllawgroup.com,
               ddott@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                 TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Heriberto DeJesus
    Debtor(s)

Bankruptcy No: 12−21233−ref
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    400 Washington Street
    Suite 300
    Reading, PA 19601

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 4/12/18